JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE CLAPHAN, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, COUNTY OF RIVERSIDE, CITY OF MORENO VALLEY POLICE DEPARTMENT/SHERIFF'S DEPARTMENT, <br><br> Defendants. | CASE NO. ED CV 06-01251 VAP (AJW) <br><br> **JUDGMENT AFTER JURY TRIAL** |

During Pre-Trial proceedings, all defendants except the County of Riverside were dismissed, and all state law claims were dismissed. For the convenience of the jury, the case title used during the trial was "Monique Claphan v. County of Riverside."

This matter came on regularly for jury trial on April 2, 2008. Shawn M. Dantzler, Esq. appeared on behalf of plaintiff, Monique Claphan. John M. Porter appeared on behalf of defendant, County of Riverside.

1  A jury of 8 persons was impaneled and sworn. Opening statements were
2  made. Witnesses were called and testified. Evidence was presented and admitted.
3  Both sides rested. The jury was instructed in the law. Closing arguments were
4  made. The jury commenced deliberations on April 6, 2008.

6  On April 7, 2008 the jury returned a unanimous verdict as follows:
7  "**QUESTION NO. 1**: Did Sgt. Hedge use excessive force
8  when he shot Bud Acosta?"
9  "**ANSWER**: No."

11  Based upon the unanimous jury verdict and good cause appearing therefor
12  **IT IS ORDERED, ADJUDGED and DECREED** that the plaintiff, Monique
13  Claphan, shall take nothing herein, and that defendant, County of Riverside, shall be
14  awarded costs pursuant to a Bill of Costs to be filed.

16  Dated: April 30, 2008    _____
                              Hon. Virginia A. Phillips
17                            United States District Judge

19  **APPROVED AS TO FORM:**

21  DATED: 4/15/08    LAW OFFICES OF SHAWN M. DANTZLER

22                    By _____
23                       Shawn M. Dantzler
                         Attorneys for plaintiff Monique Claphan

26  DATED: 4/7/08    LEWIS BRISBOIS BISGAARD & SMITH LLP

27                   By _____
28                      John M. Porter
                        Attorneys for Defendant County of Riverside

4826-4376-9858.1                                    JUDGMENT AFTER JURY TRIAL

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

Proposal was successfully submitted!

NOTE: Check your spam and junk email folders in your email program to ensure you receive the confirmation email. The confirmation email will include copies of the documents you are sending to Chambers. If you do not receive your copy please submit your documents again.

Submit Another Proposed Order

